```
BENJAMIN B. WAGNER
United States Attorney
BRIAN W. ENOS
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
  United States of America
```

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                              )<br>            Plaintiff,         )<br>                              )<br>     v.                       )<br>                              )<br> WAYNE DEAN LONDON,            )<br>                              )<br>            Defendant.        )<br>_____) | Case. No. 1:11-cr-00267 AWI<br><br>**THE UNITED STATES' REQUEST FOR DISMISSAL; ORDER**<br><br>Fed. R. Crim. Proc. 48(a) |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney's Office hereby moves to dismiss the indictment against WAYNE DEAN LONDON, without prejudice and in the interest of justice.


                                        Respectfully submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney

Dated: March 26, 2012        By: /s/ Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant U.S. Attorney

1

**ORDER**

IT IS HEREBY ORDERED that the criminal indictment against WAYNE DEAN LONDON be dismissed, without prejudice and in the interest of justice.

IT IS SO ORDERED.

Dated:     March 26, 2012
                                    CHIEF UNITED STATES DISTRICT JUDGE